# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Wendell J. Le Maitre, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00204-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Department of Treasury | ) | |
| US Internal Revenue Service | | |
| Financial Management Service, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 14, 2024 Order.

March 14, 2024

Katherine Hord Simon, Clerk
United States District Court